UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

WILLIAM ROBERT SHAW,

    Plaintiff,

v.                                          Case No. 20-C-365

DAVID SEEL, et al.,

    Defendants.

## NOTICE AND ORDER

Plaintiff William Robert Shaw, who is representing himself, filed a complaint under 42 U.S.C. § 1983. On September 23, 2022, Defendants filed a motion for summary judgment. (ECF No. 162.) Under Civil L. R. 56(b)(2), Shaw's response materials are due within thirty days of service of the motion, or by **Wednesday, October 26, 2022**. In responding to the motion, Shaw must respond to each of the proposed findings of fact by agreeing with each proposed fact or explaining why he disagrees with a particular proposed fact. If he does not indicate one way or the other, the Court will assume that he agrees with the proposed fact. Shaw must support every disagreement with a proposed fact by citing to evidence. He can do that by relying on documents that he attaches to his response or by telling the Court his version of what happened in an affidavit or an unsworn declaration under 28 U.S.C. § 1746.[1] An unsworn declaration is a way for a party to tell his side of the story while declaring to the Court that everything in the declaration is true and correct. Shaw must also respond to the legal arguments in the brief.

---

[1] At the bottom of his declaration he should state: "I declare under penalty of perjury that the foregoing is true and correct. Executed on [date]. [Signature]." 28 U.S.C. § 1746(2).

If Shaw fails to respond to the motion by the deadline, the Court will accept all facts asserted by Defendants as undisputed, which will likely result in summary judgment being granted in Defendants' favor and the case being dismissed. Further, the Court reminds Shaw that, under Civil L. R. 56(b)(9), failure to comply with the requirements of Civil L. R. 56 may result in sanctions up to and including the Court granting Defendants' motion.

If Shaw believes he needs additional time to prepare his response materials, he must file a motion asking the Court to extend the deadline *before* his response materials are due. If he files such a motion, he must explain why he needs additional time and how much additional time he needs.

**IT IS THEREFORE ORDERED** that, if by **October 26, 2022**, Shaw does not respond to the summary judgment motion or does not request additional time to do so, the Court will accept all facts asserted by Defendants as undisputed and may grant the motion as a sanction for noncompliance.

Dated at Green Bay, Wisconsin this 26th day of September, 2022.

s/ William C. Griesbach
WILLIAM C. GRIESBACH
United States District Judge