UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| WILLIAM ROBERT SHAW, | ) |
|         *Plaintiff(s),* | ) |
|         v. | )   Case No. 20-C-365 |
| DAVID SEEL, et al, | ) |
|         *Defendant(s).* | ) |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing has been scheduled as indicated below:

**TELEPHONE CONFERENCE**

*Date and Time Scheduled*: **October 4, 2022 at 3:30 p.m.**

*Instructions*: **Participants are to call in to 1-888-273-3658, using Access Code 4416978, and Security Code 1234. Please be sure to call in prior to the time that the hearing is scheduled to begin so that there is no disruption to the court proceeding.**

**To ensure a clear record of the hearing, participants should not use a speaker phone. Unless otherwise excused, all participants are expected to remain on the call for the duration of the conference.**

**All participants are to confirm their appearance with the Clerk prior to the date of the hearing. Verification of your participation should be sent to wied_clerks_gb@wied.uscourts.gov**

**Please contact the Office of the Clerk at 920-455-7381 if you should have any questions.**

**\* Arrangements have been made for William Robert Shaw at the Milwaukee County Jail.**

Dated: September 30, 2022        William C. Griesbach
                                                United States District Judge

                                                s/ Kyle W. Frederickson
                                                Deputy Clerk
                                                (920)455-7381