# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**WILLIAM ROBERT SHAW,**

                Plaintiff(s),

v.            **TELEPHONE CONFERENCE re: [146] Motion to compel and [151[ Motion for Ext. Time**
                                Case No. 20-C-365

**DAVID SEEL, et al.,**

                Defendant(s).

---

HONORABLE WILLIAM C. GRIESBACH presiding       Time Called: 3:34 pm
Proceeding Held: October 4, 2022                          Time Concluded: 4:11 pm
Deputy Clerk: Lori                                               Tape: 100422

**Appearances:**

    **Plaintiff(s):**     William Robert Shaw (Pro Se) from Milwaukee County Jail

    **Defendant(s):**     Micaela Haggenjos and Ben Sparks

---

The Court inquires if there is video in the jail of the alleged incident.
Ms. Haggenjos is not aware of any videos of strip searches.
The Court specifically asks if the jail was asked if any video existed.
Ms. Haggenjos states when speaking to the jail, they asked for all the documents, information and materials related to Shaw's claims and no video was provided.
The Court instructs counsel to verify with the jail that no video exists.

**The Court DENIES the request for list of all inmates in segregation between 2017 – 2020. The request is overbroad. If plaintiff thinks a particular inmate saw something, plaintiff may seek that inmate's name.**
**The Court DENIES the request for contact information for correctional officer witnesses. If plaintiff believes a specific officer has information, defendant can ask an interrogatory directed at that officer.**
**The Court DENIES the request for photos of the segregation lay out. The Court will not order the jail to take photos.**
Mr. Shaw addresses discovery requests.
Mr. Shaw addresses requests for video footage.
Mr. Shaw addresses strip searches, officer demeanor, officer acts and treatment of others in Housing Unit 4D.
Mr. Shaw addresses officer no longer employed at the jail.
The Court asks if video at the jail is kept/saved.
Ms. Haggenjos states she has not seen any video.
The Court instructs counsel to see if there is video of Mr. Shaw or other inmates being searched during that time period. If video exists it should be produced, if there are problems with displaying video or providing the video then counsel is to advise the Court. Counsel may move for protective order if necessary.
The Court emphasizes the need to determine if any video exists and what it consists of.
Mr. Shaw continues argument as to video, relevance for jury trial, and requests for discovery addressed earlier.
Mr. Shaw addresses subpoenas issued.
Ms. Haggenjos responds as to subpoenas.

Ms. Haggenjos states the subpoenas were sought for Leon Martin and Rashad Farrakhan and requested "written or typed affidavit of his statement as a witness in the above matter".
The Court addresses the purpose of a subpoena.
Mr. Shaw responds.
Mr. Shaw addresses 7th Circuit appeal.
Mr. Shaw addresses response to motion for extension of time.
Mr. Shaw addresses the time frame that jail was shut down impacting receipt of mail and his ability to respond to litigation.
Defendant's motion for summary judgment was received by Mr. Shaw recently.
**The Court extends plaintiff's deadline to respond to the motion for summary judgment to 12/1/2022.**
In respect to witnesses, if there are correctional officers that plaintiff wishes to subpoena for trial or for depositions, Mr. Shaw can ask the attorneys for the defendants to give those to the jail administration for service upon the proper person. If there is a specific inmate in the cell block for that time period, plaintiff can make a specific request. The entire list will not be provided.
Mr. Shaw argues as to defendants' filing motion for summary of judgment while plaintiff is waiting for discovery responses.
The Court refers Mr. Shaw to Rule 56.
Mr. Shaw argues as to rights and that he is unable to respond to the motion for summary judgment.
The Court reiterates that plaintiff's deadline to respond to the motion for summary judgment is extended to 12/1/22.
The Court inquires if counsel has responded to the discovery requests.
Ms. Haggenjos states Sobek's responses were mailed out today.
Mr. Shaw argues he is waiting for documents and missing information as to policy and training manuals.
Ms. Haggenjos will review their records to make sure they did not miss any requests for documents.
The Court informs Mr. Shaw if he needs additional time, he can ask for a further extension of time to respond to the motion for summary judgment.
The [146] Motion to Compel is denied as to request for list of inmates, request for contact information and request for photos.